UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**VERNON GOODLOW (#93838)**

**VERSUS**

**JAMES LEBLANC, ET AL.**

CIVIL ACTION

NO. 15-676-JWD-RLB

<u>O P I N I O N</u>

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued March 22, 2016, to which an objection was filed:

**IT IS ORDERED** that the Plaintiff's Motion for an "Emergency Protection Order", construed as a Motion for a Preliminary Injunction (R. Doc. 6), is denied.

Signed in Baton Rouge, Louisiana, on <u>April 8, 2016</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA